# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12 CV 156

| | |
|---|---|
| W. EDWARD ANDERSON, et al., | )<br>) |
| Plaintiffs | )<br>) |
| V | )     **ORDER**<br>) |
| THE CINCINNATI INSURANCE COMPANY, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the court on William A. Bulfer's Application for Admission to Practice *Pro Hac Vice* of Nancy K. Tordai. It appearing that Nancy K. Tordai is a member in good standing with the Illinois State Bar and will be appearing with William A. Bulfer, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that William A. Bulfer's Application for Admission to Practice *Pro Hac Vice* (#11) of Nancy K. Tordai is **GRANTED**, and that Nancy K. Tordai is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with William A. Bulfer.

Signed: July 25, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge