IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| W. Edward Anderson, Steven D. Cogburn, Darryl J. Hart, Carol L. King, David N. Wilcox, Stephen L. Pignatiello, and Weststar Financial Services Corporation, | ) ) ) ) ) ) | |
| | ) | CA No. 1:12-156-HMH |
| Plaintiffs, | ) ) | |
| G. Gordon Greenwood, | ) ) | |
| Intervenor-Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| The Cincinnati Insurance Company and The Federal Deposit Insurance Corporation, as Receiver for the Bank of Asheville, | ) ) ) ) | |
| Defendants. | ) | |

The court is in receipt of the "Report on Discovery" filed by the Defendant Cincinnati Insurance Company on October 12, 2012. In this submission, the Defendant states that depositions were not held because of "conflicts in scheduling." (Report on Discovery 2.) The Defendant is directed to file no later than 5:00 p.m. on October 17, 2012, a definitive explanation as to the specific scheduling conflicts.

**IT IS SO ORDERED.**

                 s/Henry M. Herlong, Jr.
                 Senior United States District Judge

Greenville, South Carolina
October 16, 2012