# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| W. Edward Anderson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:12-cv-00156-HMH |
| | ) | |
| vs. | ) | |
| | ) | |
| Cincinnati Insurance Company, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Hearing and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 5, 2013 Order.

February 5, 2013

*Frank G. John*

Frank G. Johns, Clerk
United States District Court